No. 65518.—A. & P. Import Co. et al. v. United States, protests 60/644, etc. (New York).

Opinion by Mollison, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of D. N. & E. Walter & Co. et al. v. United States (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 65519.—Ideal Toy Corporation v. United States, protests 60/26489, etc. (New York).

Opinion by Mollison, J.   In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of Chester K. Stoner v. United States (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 65520.—Arthur Garcia v. United States, protest 60/19958 (Los Angeles).

Opinion by Wilson, J.   The protest was dismissed.

No. 65521.—Richard S. Reade v. United States, protests 60/23207 and 60/23208 (New York).

Opinion by Wilson, J.   The protests were dismissed.

No. 65522.—Rich Guild Shirt Company v. United States, protest 60/24795 (New York).

Opinion by Wilson, J.   The protest was dismissed.